# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| APRIL FERRYMAN, | Case No. 3:16-cv-00183 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | |
| Defendant. | |

## DECISION AND ENTRY

This case is before the Court on the parties' Joint Stipulation To Attorney Fees. (Doc. # 16). Specifically, the parties stipulate to an award of attorney fees in the amount of $3,750.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.

The parties further agree that any EAJA fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the attorney's fee assignment duly signed by Plaintiff and her counsel. Defendant will direct the Treasury Department to mail any check in this matter to the business address of Plaintiff's counsel.

## IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation To Attorney Fees (Doc. #16) is accepted, and the Commissioner shall direct that an award of Plaintiff's attorney fees, costs, and expenses in the total amount of $3,750.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Walter H. Rice
United States District Judge